# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT, | 1:10-cv-00565-OWW-GSA-PC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| C/O ROBLES, | (Doc. 23.) |
| Defendant. | |

Plaintiff Ess'nn Aubert, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 1, 2010, and a scheduling order was issued on March 31, 2011. This action is currently in the discovery phase. On August 4, 2011, Defendant Robles filed a motion seeking leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendant's motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **August 5, 2011**         /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE