UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN AUBERT,<br><br>      Plaintiff,<br><br>   vs.<br><br>HECTOR ROBLES,<br><br>      Defendants. | 1:10-cv-00565 LJO GSA PC<br><br>ORDER DIRECTING CLERK TO RE-SERVE SECOND INFORMATIONAL ORDER WITH RAND NOTICE ON PLAINTIFF |

Plaintiff is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On February 9, 2012, Defendants filed motions for summary judgment. By this motion, Defendants seek judgment as a matter of law, closing this action in its entirety.

On November 18, 2010, the Court issued the Second Informational Order, Motion to Dismiss Notice, and Summary Judgment Notice in this action, providing Plaintiff with notice pursuant to Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998), advising Plaintiff of his rights and responsibilities to oppose a motion to dismiss such as that filed by Defendants in this action. At this juncture, Plaintiff shall be provided with another copy of the Order/Notice. Woods v. Carey, No. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir. Jul. 6, 2012). Plaintiff is advised to immediately review the Order/Notice in its entirety for information pertaining to his opposition to Defendants' pending motion to dismiss.

///

1 │      Accordingly, IT IS HEREBY ORDERED that the Clerk shall serve another copy of the Second
2 │ Informational Order, Motion to Dismiss Notice and Summary Judgment Notice upon Plaintiff, for his
3 │ review.
4 │      IT IS SO ORDERED.
5 │      Dated: **July 9, 2012**          /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE