IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN AUBERT,<br><br>             Plaintiff,<br><br>      vs.<br><br>HECTOR ROBLES,<br><br>             Defendant.<br>_____/ | 1:10-cv-00565-LJO-GSA (PC)<br><br>ORDER DIRECTING CLERK TO MOVE DOCUMENT 32 FROM THIS CASE INTO CASE 1:07-CV-01629 |

Ess'nn Aubert ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2012, Plaintiff filed an opposition to a motion for summary judgment in this action. (Doc. 32.) It is apparent that this opposition was meant to oppose the motion for summary judgment filed by defendant Mario Garcia on March 15, 2012 in Plaintiff's other pending case 1:07-cv-01629-LJO-GSA-PC (Aubert v. Elijah, et al.) (Doc. 61). Although Plaintiff used the case number for the present case on the front of the opposition, he used the case caption "Ess'nn A. Aubert vs. Kevin Elijah, et al." and referred throughout the opposition to defendants Mario Garcia and Elijah, the defendants in case 1:07-cv-01629-LJO-GSA-PC. The only defendant in the present case is defendant Hector Robles. Based on this evidence, the Clerk shall be directed to move the opposition into case 1:07-cv-01629-LJO-GSA-PC.

1

Accordingly, the Clerk is HEREBY DIRECTED to move the opposition to motion for summary judgment filed on April 13, 2012 in this action (Document 32) into Plaintiff's other pending case 1:07-cv-01629-LJO-GSA-PC (Aubert v. Elijah, et al.).

IT IS SO ORDERED.

Dated:   **August 30, 2012**              _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE

2