1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11   ESS'NN AUBERT,                          1:10-cv-00565-LJO-GSA (PC)

12          Plaintiff,                       ORDER DIRECTING CLERK TO MOVE
                                             DOCUMENT 32 FROM THIS CASE INTO
13          vs.                              CASE 1:07-CV-01629

14   HECTOR ROBLES,

15          Defendant.

16   _____/

17          Ess'nn Aubert ("Plaintiff") is a prisoner proceeding pro se with this civil rights action

18   pursuant to 42 U.S.C. § 1983.  On April 13, 2012, Plaintiff filed an opposition to a motion for

19   summary judgment in this action.  (Doc. 32.)  It is apparent that this opposition was meant to

20   oppose the motion for summary judgment filed by defendant Mario Garcia on March 15, 2012 in

21   Plaintiff's other pending case 1:07-cv-01629-LJO-GSA-PC (Aubert v. Elijah, et al.) (Doc. 61).

22   Although Plaintiff used the case number for the present case on the front of the opposition, he used

23   the case caption "Ess'nn A. Aubert vs. Kevin Elijah, et al." and referred throughout the opposition

24   to defendants Mario Garcia and Elijah, the defendants in case 1:07-cv-01629-LJO-GSA-PC.  The

25   only defendant in the present case is defendant Hector Robles.  Based on this evidence, the Clerk

26   shall be directed to move the opposition into case 1:07-cv-01629-LJO-GSA-PC.

27

28                                          1

1    Accordingly, the Clerk is HEREBY DIRECTED to move the opposition to motion for

2   summary judgment filed on April 13, 2012 in this action (Document 32) into Plaintiff's other

3   pending case 1:07-cv-01629-LJO-GSA-PC (Aubert v. Elijah, et al.).

4

5    IT IS SO ORDERED.

6   **Dated:**   **August 30, 2012**                    /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

7