UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS 'NN AUBERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>H. ROBLES,<br><br>　　　　Defendant. | Case No.  1:10 cv 00565 LJO GSA PC<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 37) |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　On November 15, 2013, findings and recommendations were entered, recommending that Defendant's motion for summary judgment be denied.  The parties were provided an opportunity to file objections within thirty days.  No objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

1

Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on November 15, 2013, are adopted in full.

2. Defendant's motion for summary judgment is denied.

3. This action is referred to the Magistrate Judge for pretrial proceedings.

IT IS SO ORDERED.

Dated: **December 19, 2013**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE