1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ESS'NN AUBERT,                              1:10-cv-00565-LJO-GSA-PC

12            Plaintiff,                         ORDER REQUIRING PARTIES TO
                                                 NOTIFY COURT WHETHER A
13        vs.                                    SETTLEMENT CONFERENCE WOULD
                                                 BE BENEFICIAL
14   H. ROBLES,
                                                 THIRTY-DAY DEADLINE
15            Defendant.

16

17   **I.      BACKGROUND**

18        Ess'nn A. Aubert ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

19   action filed pursuant to 42 U.S.C. § 1983.  This action now proceeds with the Complaint filed

20   on April 1, 2010, against defendant Correctional Officer Hector Robles ("Defendant"), for

21   excessive force in violation of the Eighth Amendment.  (Doc. 1.)

22        On March 31, 2011, the Court issued a Discovery/Scheduling Order, establishing

23   pretrial deadlines in this action.  (Doc. 17.)  On February 9, 2012, Defendant filed a motion for

24   summary judgment, which was denied by the court on December 19, 2013.  (Docs. 26, 39.)

25   The pretrial deadlines have now expired.  At this stage of the proceedings, the Court ordinarily

26   proceeds to schedule the case for trial.

27        The Court is able to refer cases for mediation before a participating United States

28   Magistrate Judge.  Settlement conferences are ordinarily held in person at the Court or at a

1

1  prison in the Eastern District of California.  Plaintiff and Defendant shall notify the Court

2  whether they believe, in good faith, that settlement in this case is a possibility and whether they

3  are interested in having a settlement conference scheduled by the Court.[1]

4     Defendant's counsel shall notify the Court whether there are security concerns that

5  would prohibit scheduling a settlement conference.  If security concerns exist, counsel shall

6  notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred

7  for settlement only and then returned to prison for housing.

8  **II.      CONCLUSION**

9     Based on the foregoing, IT IS HEREBY ORDERED that within **thirty (30) days** from

10  the date of service of this order, Plaintiff and Defendant shall file a written response to this

11  order.[2]

12

13

14

15  IT IS SO ORDERED.

16     Dated:   __**December 20, 2013**__            _____**/s/ Gary S. Austin**_____
                                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26  [1]  The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

27

28  [2]  The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.