UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT,<br><br>    Plaintiff,<br><br>v.<br><br>HECTOR ROBLES,<br><br>    Defendant. | 1:10-cv-0565-MJS (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY THE PRETRIAL ORDER AND EXTEND THE DEADLINE TO SUBMIT TRIAL EXHIBITS<br><br>(ECF No. 54)<br><br>TRIAL EXHIBITS DUE MAY 12, 2014 |

Plaintiff Ess'nn A. Aubert ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 10, 2014, Defendant Robles filed a request to extend the deadline to submit all trial exhibits to May 12, 2014.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

The pretrial order (ECF No. 53) is MODIFIED and the parties should submit all trial exhibits by May 12, 2014.

IT IS SO ORDERED.

Dated:   April 11, 2014                          /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE