

**FILED**
MAY 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. ARELLANO
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESS'NN A. AUBERT, | Case No.: 1:10-cv-0565-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MAY 30, 2014, AT 8:00 A.M. |
| v. | |
| HECTOR ROBLES, | |
| Defendant. | |

Plaintiff Ess'nn A. Aubert, CDCR #V-77688 shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Friday, May 30, 2014, at 8:00 a.m.

It is so ORDERED.

DATED: 5/29/14

MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE